Dismissed and Memorandum Opinion filed June 12, 2003









Dismissed and Memorandum Opinion filed June 12, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00582-CV

____________

 

RIVERSIDE GENERAL HOSPITAL, Appellants

 

V.

 

CHRISTUS ST. JOSEPH HOSPITAL, Appellee

 



 

On Appeal from the 164th District Court

 Harris County, Texas

Trial
Court Cause No.  02-33980

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 1, 2003. On
June 4, 2003, appellants filed a motion to dismiss the appeal because the case
has been settled.  See Tex. R. App. P. 42.1.  The motion is granted.    

 Accordingly, the
appeal is ordered dismissed.      

PER CURIAM

Judgment rendered and Memorandum
Opinion filed June 12, 2003.

Panel consists of Justices Yates,
Hudson, and Frost.